# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MARK BROOKS,**

    Plaintiff,

        **CASE NO.    3:09-CV-375**

**-vs-**

        **District Judge Timothy S. Black**
        **Magistrate Judge Michael R. Merz**

**NATIONAL CITY MORTGAGE,** *et al.***,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations of the Magistrate Judge (Doc. 44) is **ADOPTED**; that the Defendants' Motion to Dismiss (Doc. 38) is **GRANTED**; and the case is **TERMINATED.**

Date:  September 20, 2011        **JAMES BONINI, CLERK**

        By: <u>s/ M. Rogers</u>
        Deputy Clerk